[No. 39875-0-I.    Division One.    August 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. BILLIE RAE STAPLES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-07960-8, Laura Inveen, J., entered December 2, 1996. *Affirmed* by unpublished opinion per Baker, J., concurred in by Webster and Appelwick, JJ.

[No. 41480-1-I.    Division One.    August 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNISSON M. LEELOO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-04222-1, Richard A. Jones, J., entered September 22, 1997. *Dismissed* by unpublished per curiam opinion.

[No. 41957-9-I.    Division One.    August 30, 1999.]

FRANK MADRID, *Appellant*, v. LAKESIDE INDUSTRIES, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-2-03008-9, Ronald L. Castleberry, J., entered December 10, 1997. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Baker, JJ. Now published at 98 Wn. App. 270.

[No. 42014-3-I.    Division One.    August 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ALJERON PLEASANT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-06596-6, Ann Schindler, J., entered December 22, 1997. *Affirmed in part* and *remanded* by unpublished opinion per Becker, J., concurred in by Grosse and Baker, JJ.